UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

SANDRA FRANKLIN,

    Plaintiffs,                                      CASE NO: 8:20-CV-0038

vs.

M.N.G., INC.,

    Defendant.

_____/

**MOTION TO SEAL**
**CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

COMES NOW Plaintiff, SANDRA FRANKLIN ("Plaintiff") by and through the undersigned counsel, and hereby moves this honorable Court to seal the confidential settlement agreement and release filed herewith in support of the Motion to Enforce Settlement Agreement [Doc. 12], which was filed earlier today.

Dated this 5th day of June, 2020.

                                              Respectfully submitted,

                                              /s/ Edward I. Zwilling
                                              Edward I. Zwilling, Esq.
                                              Ala. Bar No. ASB-1564-L54E
                                              *Attorney for Plaintiff*
                                              Law Office of Edward I. Zwilling, LLC
                                              4000 Eagle Point Corporate Dr.
                                              Birmingham, Alabama 35242
                                              Telephone:   (205) 822-2701
                                              Email:edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this the 5th day of June, 2020, a true and correct copy of the foregoing has been emailed to the following:

 Scott P. Moore
 Baird Holm LLP
 1700 Farnam Street
 Suite 1500
 Omaha, NE 68102
 Telephone: 402-344-0500
 Email: spmoore@bairdholm.com

           s/ Edward I. Zwilling
           OF COUNSEL