IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN<br><br>           Plaintiff,<br><br>vs.<br><br>M.N.G., INC.,<br><br>           Defendant. | **CIVIL CASE NO.: 8:20-CV-0038-RFR**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, Sandra Franklin, and Defendant, M.N.G, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 6th day of July, 2020.

| | |
|---|---|
| s/ Edward I. Zwilling | s/ Scott P. Moore |
| Edward I. Zwilling, Esq.<br>Law Office of Edward I. Zwilling, LLC4000<br>Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Telephone: (205) 822-2701<br>Email: edwardzwilling@zwillinglaw.com<br>ATTORNEY FOR PLAINTIFF | Scott P. Moore<br>Baird Holm LLP<br>1700 Farnam Street<br>Suite 1500<br>Omaha, NE 68102<br>Telephone: 402-344-0500<br>Email: spmoore@bairdholm.com<br>ATTORNEY FOR DEFENDANT |